# Turke & Strauss LLP

Mary C. Turke
mary@turkestrauss.com

March 12, 2021

***V**IA **ECF** ONLY*

The Honorable James D. Peterson
Chief U.S. District Judge
United States District Court for the Western District of Wisconsin
120 N. Henry St., Rm 320
Madison, WI 53703

Re: *Gossen v. Turf Holdings, Inc. et. al.*, Case No. 3:19-cv-1013

Dear Judge Peterson,

I write with the approval of counsel of record in this case to inform the Court the parties have reached a settlement in principal and are finalizing terms of a settlement agreement. The parties will promptly submit a notice of dismissal following execution of the settlement agreement.

Sincerely,

**TURKE & STRAUSS LLP**

Mary C. Turke

CC  Magistrate Judge Stephen L. Crocker

Counsel of Record

608.237.1775   ♦   613 Williamson Street, Suite 201, Madison, WI 53703   ♦   turkestrauss.com
936 N 34th Street, Suite 300, Seattle, WA 98103

Mary C. Turke is licensed Wisconsin / Samuel J. Strauss licensed in Washington / Peter D. Turke licensed in Wisconsin