UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRAD GOSSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TURF HOLDINGS, INC. D/B/A WEED MAN USA, ET. AL.<br><br>Defendants. | Case No. 3:19-cv-1013 |

## STIPULATION OF DISMISSAL

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Plaintiff hereby voluntarily dismiss all of his claims against all defendants with prejudice, each party to pay their own costs. The putative class claims are dismissed without prejudice.

Dated: March 30, 2021	Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*ATTORNEY FOR PLAINTIFF*

/s/ Elijah B. Van Camp
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
608-255-8891

*ATTORNEYS FOR DEFENDANTS MIDWEST LAWN CARE, LLC AND TURF CARE MADISON LLC*

/s/ Mark A. Silver
DENTONS US LLP
303 Peachtree Street, NE. Suite 5300
Atlanta, GA 30308

*ATTORNEY FOR TURF HOLDINGS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on March 30, 2021 on all counsel of record via the Court's CM/ECF system.

/s/ Anthony I. Paronich

Anthony I. Paronich